**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wilbur Derrick GREEN, Defendant–
Appellant.**

No. 11–7650.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Wilbur Derrick Green, Appellant Pro Se. Anthony Paul Giorno, Assistant Unit-

234

ed States Attorney, Roanoke, Virginia, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbur Derrick Green appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Green,* No. 4:06–cr–00031–JLK–1 (W.D.Va. Nov. 28, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*